IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JAMES CLARENCE BROWN, <br><br> Plaintiff, <br><br> v. <br><br> CHATHAM COUNTY PUBLIC DEFENDERS OFFICE, et al., <br><br> Defendants. | CIVIL ACTION NO.: 4:24-cv-164 |

**O R D E R**

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court. Accordingly, Plaintiff's Motion to Appoint Counsel is denied as **MOOT**, doc. 27.

**SO ORDERED** this 25th day of July, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA